**E. J. JOHNSON, Appellant, v. Jesus MIRELES, Appellee.**

**No. 11046.**

Court of Civil Appeals of Texas.
San Antonio.

Nov. 12, 1941.

G. H. Russell, of San Antonio, for appellant.

William Molsa and Theo. E. Simmang, both of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion on authority of Moore v. Eckols, Tex.Civ.App., 149 S.W.2d 1014.